# ISSUED

| SUMMONS ||
|---|---|
| District Court: FIRST JUDICIAL<br>SANTA FE COUNTY, NEW MEXICO<br>P.O. Box 2268<br>Court Address:<br>225 Montezuma Ave.<br>Santa Fe, NM 87501<br>Court Telephone No: Phone:(505) 455-8250 | Case Number: No.:<br>D-101-CV-2015-00063<br><br>Assigned Judge:<br>David K. Thomson |
| Plaintiff(s): James Rochford<br>v.<br>Santa Fe Police Department<br>And<br>City of Santa Fe<br>And<br>Suzanne Brunk | Defendant:<br><br>City of Santa Fe<br>c/o: 200 Lincoln Avenue<br>Santa Fe, New Mexico 87501 |

**TO THE ABOVE NAMED DEFENDANTS(S):** Take notice that

1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The court issued this Summons.
2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considering served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.
3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.
4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.
5. You are entitled to a jury trial on most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.
6. If you need an interpreter, you must ask for one in writing.
7. You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; 1-505-797-6066



EXHIBIT
B

Dated at Santa Fe, New Mexico this 14th day of January, 2015.



STEPHEN T. PACHECO
CLERK OF THE DISTRICT COURT

BY: _____
    Deputy

/s/ David Elias Idinopulos
David Elias Idinopulos
111 Isleta Blvd. SW, Suite A.
Albuquerque, NM 87105
(505) 221-6000

**THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.**

RETURN

STATE OF NEW MEXICO )
                        )ss.
COUNTY OF BERNALILLO )

**I,** being duly sworn on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _____ county on the \_\_\_ day of \_\_\_, \_\_\_\_\_, by delivering a copy of this summons, with a copy of complaint, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ] to defendant _____*(used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint)*

[ ] to the defendant by [mail] [courier service] as provided by Rule I-004 NMRA *(used when service is by mail or commercial courier service).*

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of the complaint attached, in the following manner:

[ ] to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant_____, *(used when the defendant is not presently at place of abode)* and by mailing by first class mail to the defendant at_____*(insert defendant's last known mailing address)* a copy of summons and complaint.

[ ] to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at_____ *(insert defendant's business address)* anf by mailing the summons and complaint by first class mail to the defendant at_____ *(insert defendant's last known mailing address)*

[ ] to_____, an agent authorized to receive service of process for defendant_____.

[ ] to_____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant_____, *(used when defendant is a minor or an incompetent person).*

[ ] to_____, *(name of person),* _____.
*(title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision).*

Fees: _____

_____

_____
Signature of person making service
_____
Title (*if any*)
Subscribed and sworn to before me this _____ day of _____, _____.

_____
Judge, notary or other officer
authorized to administer oaths

_____
Official tittle