IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**EVAN ROCHFORD, as Personal Representative**
**Of The Wrongful Death Estate of James Rochford, deceased,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　　　**No. 15-CV-00919 MCA/LF**

**CITY OF STANFA FE, NEW MEXICO,**
**SANTA FE POLICE DEPARTMENT, and**
**OFFICER SUZANNE BRUNK**

    **Defendants.**

## ORDER

**THIS MATTER** is before the Court on the parties' *Joint Motion to Approve Settlement on Behalf of Minors and Stipulation to Consent to Magistrate to Conduct Fairness Hearing* filed July 11, 2016. [Doc. 28] The Court having considered the parties' stipulation to consent thereto, and pursuant to 28 U.S.C. § 636(c)(1), hereby designates The Honorable Judge Laura Fashing to conduct the fairness hearing.

**SO ORDERED** this 11th day of July, 2016.

                                                  **M. CHRISTINA ARMIJO**
                                                **Chief United States District Judge**