IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EVAN ROCHFORD, as Personal Representative
of The Wrongful Death Estate of James Rochford, deceased,

    Plaintiff,

v.                              Cause No. 15-CV-00919 MCA/LF

CITY OF SANTA FE, NEW MEXICO,
SANTA FE POLICE DEPARTMENT, and
OFFICER SUZANNE BRUNK

    Defendants.

**ORDER GRANTING UNOPPOSED MOTION TO DISMISS DEFENDANTS
OFFICER SUZANNE BRUNK AND SANTA FE POLICE DEPARTMENT**

**THIS MATTER** came before the Court upon Plaintiff's Unopposed Motion to Dismiss Defendants Officer Suzanne Brunk and Santa Fe Police Department. The Court, being fully advised in the premises, **FINDS** that this cause should be dismissed as to Defendants Officer Suzanne Brunk and Santa Fe Police Department.

**IT IS THEREFORE ORDERED** that the above-entitled cause against Defendants Officer Suzanne Brunk and Santa Fe Police Department is dismissed with prejudice. The parties shall bear their own court costs and attorneys' fees.

_____
**HONORABLE M. CHRISTINA ARMIJO**
**Chief United States District Judge**

Respectfully submitted,

ELIAS LAW, P.C.


By: *Approved via email 08/22/16*
     Michael C. Ross, Esq.
     David Elias Idinopulos, Esq.
     111 Isleta Boulevard, SW, Suite A
     Albuquerque, NM 87105
     david@abogadoelias.com
     mike@abogadoelias.com
     *Attorneys for Plaintiff*


BRENNAN & SULLIVAN, P.A.


By: */s/ Sabrina Rodriguez Salvato*
     Sabrina Rodriguez Salvato
     James P. Sullivan
     128 East DeVargas
     Santa Fe, NM 87501
     (505) 995-8514
     Attorneys for Defendants