IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EVAN ROCHFORD, as Personal Representative
of The Wrongful Death Estate of James Rochford,
deceased,

    Plaintiff,

v.                                                                    1:15-cv-00919-MCA-LF

CITY OF SANTA FE, NEW MEXICO,
SANTA FE POLICE DEPARTMENT,
and OFFICER SUZANNE BRUNK,

    Defendants.

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

THIS MATTER comes before the Court on the parties' Joint Motion to Approve Settlement on Behalf of Minors and Stipulation to Consent to Magistrate to Conduct Fairness Hearing (Doc. 28). After holding a fairness hearing, the magistrate judge filed her Report and Recommendations (Doc. 37), recommending that the Court approve the proposed settlement of plaintiff's claims against defendants. The parties waived their 14-day objection period at the fairness hearing as neither object to the approval of the settlement.

IT IS THEREFORE ORDERED AS FOLLOWS:

1. The magistrate judge's Report and Recommendations (Doc. 37) is ADOPTED;

2. The Joint Motion to Approve Settlement on Behalf of Minors and Stipulation to Consent to Magistrate to Conduct Fairness Hearing (Doc. 28) is GRANTED; and

3. Mr. Ish is released from his duties at guardian ad litem.

                                                                              UNITED STATES DISTRICT JUDGE